

NUMBER 13-12-00130-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

IN RE CYPRESS TEXAS LLOYDS

On Petition for Writ of Mandamus.

# MEMORANDUM OPINION

**Before Justices Rodriguez, Benavides, and Perkes**
**Memorandum Opinion Per Curiam**[1]

Relator, Cypress Texas Lloyds, filed a petition for writ of mandamus in the above cause on February 21, 2012, seeking relief from an order denying a motion to compel appraisal. The Court requested and received a response to the petition for writ of mandamus from the real party in interest, Abel Zapata. Currently pending before the Court is relator's unopposed motion to abate this proceeding on grounds that the parties have reached a preliminary settlement in the underlying case. Relator requests that we

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

abate this proceeding for sixty days to allow adequate time for the settlement to be finalized.

The Court, having examined and fully considered the motion to abate, is of the opinion that the matter should instead be dismissed without prejudice to relator's right to refile the petition for writ of mandamus if necessary. If the settlement is not concluded and relator seeks to refile the petition for writ of mandamus, the Court will allow the matter to be resubmitted to the Court on the pleadings already filed in this cause and will not assess filing fees for those pleadings. Accordingly, relator's motion to abate is DENIED and the petition for writ of mandamus is DISMISSED without prejudice. *See* TEX. R. APP. P. 52.8(a). Pending motions, if any, are dismissed as moot.

PER CURIAM

Delivered and filed the
7th day of August, 2012.

2